

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00247-CR

Jairo **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 24-02-15061-CR-TDC
Honorable Daniel J. Kindred, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 5, 2024.

_____
Rebeca C. Martinez, Chief Justice